United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA H., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-24-4846 |
| | § | |
| FRANK BISIGNANO, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| *Defendant.* | § | |

### ORDER

On February 26, 2026, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. ECF No. 21. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Plaintiff filed objections. ECF No. 22. The objections are overruled.

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. Plaintiff's Motion for Summary Judgment, ECF No. 11, is **DENIED**; the Commissioner's Motion for Summary Judgment, ECF No. 16, is **GRANTED**; and the Commissioner's final decision is **AFFIRMED**.

Signed at Houston, Texas, on March 13 , 2026.

Lee H. Rosenthal
Senior United States District Judge